**STATEMENT OF FACTS**

Your affiant, Cameron M. Heath, Jr., is a Special Agent with the Federal Bureau of Investigation (FBI). I have been a Special Agent (SA) since September 2015. I am currently assigned to the Springfield Resident Agency (SRA), Springfield, Missouri, of the FBI Kansas City Division. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### *Identification of KELSEY WILSON*

The FBI became aware of the involvement of ZACHARY WILSON (Z. WILSON), after an anonymous tip was provided indicating that Z. WILSON, of Springfield, Missouri, had posted on his Facebook account, "Zach Wilson" that he had entered the U.S. Capitol on January 6, 2021, and while inside the Capitol, Z. WILSON had entered the office of the Speaker of the House, Nancy Pelosi's office. In said Facebook post, Z. WILSON "tagged" KELSEY LEIGH ANN WILSON, indicating that KELSEY WILSON was with Z. WILSON at the time of Z. WILSON's entrance into the U.S. Capitol. KELSEY WILSON was later identified as Z. WILSON's wife. The anonymous tipster provided a screenshot of Z. WILSON's Facebook post, which can be seen below. In addition, sometime on or after January 6, 2021, it was discovered that Z. WILSON's Facebook account was either disabled or deactivated.



Based on my training and experience, I am aware that Facebook is an online social media platform accessible from both mobile devices and computers. I am also aware that Facebook is

used by individuals around the world to post information and share content with "friends" and/or the public.

Following the receipt of the anonymous tip regarding Z. WILSON, SA Heath contacted the individual (INDIVIDUAL 1), who had communicated with Z. WILSON in the aforementioned Facebook post. During the interview INDIVIDUAL 1 indicated that he was not the anonymous tipster who provided the screen shot of Z. WILSON's Facebook post, rather, INDIVIDUAL 1 just communicated with Z. WILSON about Z. WILSON going inside the Capitol on January 6, 2021. INDIVIDUAL 1's Facebook communications with Z. WILSON also took place on January 6, 2021. In addition, INDIVIDUAL 1 recalled seeing other pictures and videos posted on Z. WILSON's Facebook account on January 6, 2021, which indicated Z. WILSON and KELSEY WILSON had entered the U.S. Capitol. Specifically, INDIVIDUAL 1 recalled a video that appeared to be inside a building, with a large gathering of people, which INDIVIDUAL 1 presumed was taken inside the U.S. Capitol.

On January 18, 2021, KELSEY WILSON and Z. WILSON were interviewed by FBI investigators at their residence in Springfield, Missouri. During the interviews of both KELSEY WILSON and Z. WILSON, both admitted to being in Washington D.C., and being on the Capitol Grounds on January 6, 2021, but both denied ever entering the U.S. Capitol Building.

On January 20, 2021, SA Heath re-interviewed Z. WILSON at his residence. During the interview, Z. WILSON admitted to entering the U.S. Capitol but told SA Heath that his wife, KELSEY WILSON had never entered the U.S. Capitol. While inside the U.S. Capitol, Z. WILSON had entered the office of Speaker Pelosi. While inside Speaker Pelosi's office, Z. WILSON recorded an approximately 18 second video, which Z. WILSON provided to SA Heath. Z. WILSON stated the reason he entered the U.S. Capitol was because he wanted his "voice to be heard" as he was a strong supporter of President Donald Trump. Z. WILSON claimed he did not participate in any destruction of property or violence, while at the U.S. Capitol on January 6, 2021.

Z. WILSON admitted to posting the 18 second video while inside Speaker Pelosi's office onto his Facebook account, "Zach Wilson," but he had since deleted said video and deactivated his Facebook account. Z. WILSON also admitted to posting to his Facebook account that he had entered the U.S. Capitol and Speaker Pelosi's office, on January 6, 2021. Z. WILSON told SA Heath that on January 6, 2021, Z. WILSON was wearing a red, white and blue "beanie", with "Trump" on it, and a red jacket, with a white surgical mask covering his mouth and nose.

On January 22, 2021, SA Heath interviewed Individual 2 (INDIVIDUAL 2), as SA Heath had received information that INDIVIDUAL 2 had accompanied Z. WILSON and KELSEY WILSON to Washington D.C., on January 6, 2021. INDIVIDUAL 2 had traveled with Z. WILSON and KELSEY WILSON to Washington D.C., from the Springfield, Missouri area, as INDIVIDUAL 2 and KELSEY WILSON were co-workers with one another in the Springfield, Missouri area. INDIVIDUAL 2 waited on Capitol grounds while Z. WILSON and KELSEY WILSON both entered the U.S. Capitol Building on January 6, 2021, however INDIVIDUAL 2 did not enter. INDIVIDUAL 2 estimated that Z. WILSON and KELSEY WILSON were inside the U.S. Capitol for approximately 30 minutes.

Specifically, INDIVIDUAL 2 estimated that Z. WILSON and KELSEY WILSON were in the U.S. Capitol Building from approximately 2:15 p.m., to 2:45 p.m. INDIVIDUAL 2 shared photographs and videos with SA Heath, from January 6, 2021, while INDIVIDUAL 2, Z. WILSON, and KELSEY WILSON were in Washington D.C. Of those photographs, INDIVIDUAL 2 shared a picture of KELSEY WILSON. Said photograph of KELSEY WILSON showed that KELSEY WILSON was wearing a black, white and gold beanie, white pants, and a gray long sleeved shirt. In addition, KELSEY WILSON had a "KEEP AMERICA GREAT AGAIN", flag wrapped around her person. The picture provided by INDIVIDUAL 2 can be seen below.



On January 23, 2021, the FBI received a DVD from the U.S. Capitol Police, which contained surveillance video, showing Z. WILSON and KELSEY WILSON walking inside the U.S. Capitol, on January 6, 2021. Z. WILSON was wearing the same clothing as he described to SA Heath, during his January 20, 2021 interview. KELSEY WILSON was wearing the same clothing, with a "MAKE AMERICA GREAT AGAIN" flag wrapped around her person (consistent with the photograph provided by INDIVIDUAL 2). KELSEY WILSON was wearing a face covering in said surveillance video. The surveillance video provided, indicated that on January 6, 2021, at approximately 2:32 p.m., KELSEY WILSON and Z. WILSON were walking down Hallway 227, which is the same hallway Speaker Pelosi's office is located. See the below surveillance image of Z. WILSON and KELSEY WILSON (Z. WILSON wearing a red jacket, white surgical mask and red, white and blue beanie with "Trump"; KELSEY can be seen wearing the black, gold and white beanie, standing behind Z. WILSON) in Hallway 227.



On February 12, 2021, Z. WILSON was charged by Criminal Complaint, through the District of Columbia, for being in violation of Title 18, Section 1752(a)(1) and (2), in that Z. WILSON knowingly entered or remained in a restricted building. The Criminal Complaint was signed by U.S. Magistrate Judge Zia M. Faruqui, under case number 1:21-mj-00229. Following receipt of the arrest warrant, Z. WILSON was subsequently arrested at his residence, in Springfield, Missouri.

On/or about February 22, 2021, the FBI received additional video surveillance from the USCP; the surveillance video showed Z. WILSON and KELSEY WILSON walking through the Rotunda of the U.S. Capitol Building on January 6, 2021, at approximately 2:39 p.m. In the surveillance video, Z. WILSON and KELSEY WILSON can be seen walking about the Rotunda amongst several other unknown individuals. Z. WILSON and KELSEY WILSON did not appear to be mingling or congregating with any other individuals. KELSEY WILSON and Z. WILSON are both wearing the same clothing as in other pictures and videos (Z. WILSON was wearing a red jacket, white surgical mask and red, white and blue beanie with "Trump"; KELSEY WILSON could be seen wearing a black, white and gold beanie, white pants, and a gray long sleeved shirt, with a "KEEP AMERICA GREAT AGAIN" flag wrapped around her person). See a below image

of Z. WILSON and KELSEY WILSON walking about the Rotunda of the U.S. Capitol Building pertaining to the aforementioned surveillance video. Both Z. WILSON and KELSEY WILSON are located in the lower portion of the image (circled in red).



Based on the foregoing, your affiant submits that there is probable cause to believe that KELSEY LEIGH ANN WILSON violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that KELSEY LEIGH ANN WILSON violated 40 U.S.C. § 5104(e)(2)(D) & (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Cameron M. Heath, Jr., Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this ___2nd___ day of August 2021.

_____
Zia M. Faruqui
U.S. MAGISTRATE JUDGE