# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.
Kelsey Leigh Ann Wilson

*Defendant*

)
)
)
)
)
)
)

Case: 1:21-mj-00543
Assigned to: Judge Faruqui, Zia M.
Assign Date: 8/2/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Kelsey Leigh Ann Wilson _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 08/02/2021

2021.08.02 18:55:12 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8-2-21 , and the person was arrested on *(date)* 8-18-21
at *(city and state)* SPRINGFIELD, MO .

Date: 8-18-21

*Arresting officer's signature*

SA Isaac McPheeters, FBI
*Printed name and title*