**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO. 1:21-MJ-543** |
| | **:** | |
| **KELSEY LEIGH ANN WILSON,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF FILING

The Government requests that the attached discovery letter, dated August 30, 2021, be made part of the record in the above-captioned case.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

JACOB J. STRAIN
Utah Bar No. 12680
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530



**U.S. Department of Justice**

**CHANNING D. PHILLIPS**
Acting United States Attorney
District of Utah

---

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

August 30, 2021

Kira Anne West
kiraannewest@gmail.com

     RE:   U.S. v. Kelsey Leigh Ann Wilson (1:21-MJ-543)

Dear Counsel,

     Pursuant to our discovery obligations, we have provided the following files via USAfx on August 30, 2021.   Note that many of these files and their related physical attachments are currently being formally processed for discovery by the discovery team assigned to the Capitol Riots cases. As such, some of the same files will be re-produced with bates-stamps at a later date. The following files have all been designated as "Sensitive" pursuant to the terms of the Protective Order:

Wilson, Kelsey (Folder)
1.    0176-KC-3440956_0000001.pdf
2.    0176-KC-3440956_0000002.pdf
3.    0176-KC-3440956_0000003.pdf
4.    0176-KC-3440956_0000003_Import.pdf
5.    0176-KC-3440956_0000004_Redacted.pdf
6.    0176-KC-3440956_0000005_Redacted.pdf
7.    0176-KC-3440956_0000006_1A0003825_0000001_Redacted.pdf
8.    0176-KC-3440956_0000006_Redacted.pdf
9.    0176-KC-3440956_0000007.pdf
10.   0176-KC-3440956_0000008.pdf
11.   0176-KC-3440956_0000009_1A0003446_0000001_Redacted.pdf
12.   0176-KC-3440956_0000009_Redacted.pdf
13.   0176-KC-3440956_0000010.pdf
14.   0176-KC-3440956_0000010_1A0000001_0000002.3gp
15.   0176-KC-3440956_0000010_1A0000001_0000003.jpg
16.   0176-KC-3440956_0000010_1A0000001_0000004.pdf

17.     0176-KC-3440956_0000010_1A0000001_0000005.jpg
18.     0176-KC-3440956_0000011_1A0000002_0000001.jpg
19.     0176-KC-3440956_0000011_1A0000002_0000002_PHYSICAL.pdf
20.     0176-KC-3440956_0000011_1A0000002_0000003_Redacted.pdf
21.     0176-KC-3440956_0000011_Redacted.pdf
22.     0176-KC-3440956_0000012.pdf
23.     0176-KC-3440956_0000012_1A0000001_0000001_PHYSICAL.pdf
24.     0176-KC-3440956_0000012_1A0000001_0000002_PHYSICAL.pdf
25.     0176-KC-3440956_0000014.pdf
26.     0176-KC-3440956_0000014_1A0000002_0000001_Redacted.pdf
27.     0176-KC-3440956_0000015.pdf
28.     0176-KC-3440956_0000015_1A0000003_0000001.docx
29.     0176-KC-3440956_0000015_1A0000003_0000002.docx
30.     0176-KC-3440956_0000016.pdf
31.     0176-KC-3440956_0000017.pdf
32.     0176-KC-3440956_0000017_1A0000003_0000001_PHYSICAL.pdf
33.     0176-KC-3440956_0000017_1A0000003_0000002_PHYSICAL.pdf
34.     0176-KC-3440956_0000018.pdf
35.     0176-KC-3440956_0000018_1A0000004_0000001_PHYSICAL.pdf
36.     0176-KC-3440956_0000018_1A0000004_0000002_PHYSICAL.pdf
37.     0176-KC-3440956_0000019.pdf
38.     0176-KC-3440956_0000019_1A0000005_0000001_PHYSICAL.pdf
39.     0176-KC-3440956_0000019_1A0000005_0000002_PHYSICAL.pdf
40.     0176-KC-3440956_0000020.pdf
41.     0176-KC-3440956_0000020_1A0000001_0000001.pdf
42.     0176-KC-3440956_0000020_1A0000001_0000002.pdf
43.     0176-KC-3440956_0000020_1A0000001_0000003.pdf
44.     0176-KC-3440956_0000020_1A0000001_0000004.pdf
45.     0176-KC-3440956_0000020_1A0000001_0000005.pdf
46.     0176-KC-3440956_0000021.pdf
47.     0176-KC-3440956_0000021_1A0000002_0000001.html
48.     0176-KC-3440956_0000022.pdf
49.     0176-KC-3440956_0000022_1A0000003_0000001.png

Wilson, Zach/Round 01 (Folder)
        50.     Zach Wilson Body Cam Footage.jpg

    Arrest 2021.02.19 (folder)
        51.     0176-KC-3375962_0000022.pdf
        52.     0176-KC-3375962_0000022_1A0000006_0000001.pdf

    BWC (folder)
        53.     Zachary_Wilson.mp4
        54.     Zachary_Wilson-2.mp4
        55.     Zachary_Wilson-3.mp4
        56.     Zachary_Wilson-4.mp4

57.      Wilsons.jpg

Crim History Report 2021.01.21 (folder)
58.      0176-KC-3375962_0000010.pdf
59.      0176-KC-3375962_0000010_Import.pdf

Facebook Preservation 2021.01.22 (folder)
60.      0176-KC-3375962_0000011.pdf
61.      0176-KC-3375962_0000011_Import.msg

Harman, Julie 2021.01.18 (folder)
62.      0176-KC-3375962_0000005_1A0003825_0000001.msg
63.      0176-KC-3375962_0000005_Redacted.pdf

Lupe, Traci 2021.01.21 (folder)
64.      0176-KC-3375962_0000013_1A0000002_0000001.jpg
65.      0176-KC-3375962_0000013_1A0000002_0000002_PHYSICAL.pdf
66.      0176-KC-3375962_0000013_1A0000002_0000003.pdf
67.      0176-KC-3375962_0000013_Redacted.pdf

Receipt of Evidence 2021.01.29 (folder)
68.      0176-KC-3375962_0000015.pdf
69.      0176-KC-3375962_0000015_1A0000001_0000001_PHYSICAL.pdf
70.      0176-KC-3375962_0000015_1A0000001_0000002_PHYSICAL.pdf

Receipt of Evidence 2021.02.02 (folder)
71.      0176-KC-3375962_0000017.pdf
72.      0176-KC-3375962_0000017_1A0000002_0000001.pdf

Receipt of Evidence 2021.02.12 (folder)
73.      0176-KC-3375962_0000019.pdf
74.      0176-KC-3375962_0000019_1A0000004_0000001.pdf
75.      0176-KC-3375962_0000019_1A0000004_0000002.pdf
76.      0176-KC-3375962_0000019_1A0000004_0000003.pdf
77.      0176-KC-3375962_0000019_1A0000004_0000004.pdf
78.      0176-KC-3375962_0000019_1A0000004_0000005.pdf

Receipt of Evidence 2021.03.01 (folder)
79.      0176-KC-3375962_0000023.pdf
80.      0176-KC-3375962_0000023_1A0000003_0000001_PHYSICAL.pdf
81.      0176-KC-3375962_0000023_1A0000003_0000002_PHYSICAL.pdf

Sandoval, Mark 2021.01.20 (folder)
82.      0176-KC-3375962_0000008_1A0003446_0000001.jpeg
83.      0176-KC-3375962_0000008_Redacted.pdf

Surveillance 2021.02.12 (folder)
| | |
|---|---|
| 84. | 0176-KC-3375962_0000018.pdf |
| 85. | 0176-KC-3375962_0000018_1A0000003_0000001.docx |
| 86. | 0176-KC-3375962_0000018_1A0000003_0000002.docx |

Surveillance 2021.02.18 (folder)
| | |
|---|---|
| 87. | 0176-KC-3375962_0000020.pdf |

Wilson, Kelsey 2021.01.18 (folder)
| | |
|---|---|
| 88. | 0176-KC-3375962_0000006.pdf |

Wilson, Zachary 2021.01.18 (folder)
| | |
|---|---|
| 89. | 0176-KC-3375962_0000007.pdf |

Wilson, Zachary 2021.01.20 (folder)
| | |
|---|---|
| 90. | 0176-KC-3375962_0000009.pdf |
| 91. | 0176-KC-3375962_0000009_1A0000001_0000001.jpeg |
| 92. | 0176-KC-3375962_0000009_1A0000001_0000002.3gp |
| 93. | 0176-KC-3375962_0000009_1A0000001_0000003.jpg |
| 94. | 0176-KC-3375962_0000009_1A0000001_0000004.pdf |
| 95. | 0176-KC-3375962_0000009_1A0000001_0000005.jpg |

Wilson, Zachary 2021.01.21 (folder)
| | |
|---|---|
| 96. | 0176-KC-3375962_0000012.pdf |

zScreenshots (folder)
| | |
|---|---|
| 97. | Screenshot_20210125-120703_Messages.jpg |
| 98. | Screenshot_20210125-120851_Messages.jpg |
| 99. | Screenshot_20210125-121149_Messages.jpg |
| 100. | Screenshot_20210125-121155_Messages.jpg |
| 101. | Screenshot_20210125-121200_Messages.jpg |
| 102. | Screenshot_20210125-121206_Messages.jpg |
| 103. | Screenshot_20210125-121210_Messages.jpg |
| 104. | Screenshot_20210125-121217_Messages.jpg |
| 105. | Screenshot_20210125-121223_Messages.jpg |
| 106. | Screenshot_20210125-121232_Messages.jpg |
| 107. | Screenshot_20210125-121240_Messages.jpg |
| 108. | Screenshot_20210125-121248_Messages.jpg |
| 109. | Screenshot_20210125-121255_Messages.jpg |
| 110. | Screenshot_20210125-121304_Messages.jpg |
| 111. | Screenshot_20210125-121308_Messages.jpg |
| 112. | Screenshot_20210125-121316_Messages.jpg |
| 113. | Screenshot_20210125-121322_Messages.jpg |
| 114. | Screenshot_20210125-121329_Messages.jpg |
| 115. | Screenshot_20210125-121337_Messages.jpg |
| 116. | Screenshot_20210125-121345_Messages.jpg |

117.      Screenshot_20210125-121352_Messages.jpg
118.      Screenshot_20210125-121359_Messages.jpg
119.      Screenshot_20210125-121407_Messages.jpg
120.      Screenshot_20210125-121415_Messages.jpg
121.      Screenshot_20210125-121425_Messages.jpg

zVideos (folder)
122.      IMG956237.3gp
123.      IMG956240.3gp
124.      IMG_6238.3gp
125.      IMG_6239.3gp
126.      IMG_6243.3gp

Wilson, Zach/Round 02 (Folder)
127.      0176-KC-3375962_0000001.pdf
128.      0176-KC-3375962_0000002.pdf
129.      0176-KC-3375962_0000002_Import.pdf
130.      0176-KC-3375962_0000003.pdf
131.      0176-KC-3375962_0000004.pdf
132.      0176-KC-3375962_0000014.pdf
133.      0176-KC-3375962_0000014_1A0000001_0000001.mov
134.      0176-KC-3375962_0000014_1A0000001_0000002.mov
135.      0176-KC-3375962_0000014_1A0000001_0000003.msg
136.      0176-KC-3375962_0000014_1A0000001_0000004.mov
137.      0176-KC-3375962_0000014_1A0000001_0000005.jpg
138.      0176-KC-3375962_0000014_1A0000001_0000006.mov
139.      0176-KC-3375962_0000014_1A0000001_0000007.mov
140.      0176-KC-3375962_0000014_1A0000001_0000008.mov
141.      0176-KC-3375962_0000014_1A0000001_0000009.mov
142.      0176-KC-3375962_0000014_1A0000001_0000010.mov
143.      0176-KC-3375962_0000014_1A0000001_0000011.msg
144.      0176-KC-3375962_0000014_1A0000001_0000012.pdf
145.      0176-KC-3375962_0000014_1A0000001_0000013.mov
146.      0176-KC-3375962_0000014_1A0000001_0000014.msg
147.      0176-KC-3375962_0000014_Import.pdf
148.      0176-KC-3375962_0000024.pdf
149.      0176-KC-3375962_0000024_1A0000007_0000001.jpg
150.      0176-KC-3375962_0000025.pdf
151.      0176-KC-3375962_0000026.pdf
152.      0176-KC-3375962_0000026_1A0000008_0000001.msg
153.      0176-KC-3375962_0000026_Import.pdf
154.      0176-KC-3375962_0000027.pdf
155.      0176-KC-3375962_0000027_1A0000004_0000001_PHYSICAL.pdf
156.      0176-KC-3375962_0000027_1A0000004_0000002_PHYSICAL.pdf
157.      0176-KC-3375962_0000028.pdf
158.      0176-KC-3375962_0000029.pdf

159.	0176-KC-3375962_0000030.pdf
160.	0176-KC-3375962_0000030_1A0000009_0000001_PHYSICAL.pdf
161.	0176-KC-3375962_0000031.pdf
162.	0176-KC-3375962_0000031_1A0000010_0000001.pdf
163.	0176-KC-3375962_0000032.pdf
164.	0176-KC-3375962_0000032_1A0000005_0000001_PHYSICAL.pdf
165.	0176-KC-3375962_0000032_1A0000005_0000002_PHYSICAL.pdf
166.	1384737235258130.pdf
167.	activity_log_10218391354790979.mp4
168.	activity_log_10218414143720688.jpg
169.	activity_log_1621773214603141.mp4
170.	activity_log_2074244656004006.mp4
171.	activity_log_3356508414445607.mp4
172.	activity_log_3717018448318809.mp4
173.	group_message_10218496190971818.jpg
174.	index.html
175.	mylist.txt
176.	photos_10218387607737305.jpg
177.	photos_10218391139985609.jpg
178.	photos_10218391141825655.jpg
179.	photos_10218391227347793.jpg
180.	photos_10218391227427795.jpg
181.	photos_10218391227907807.jpg
182.	photos_10218391228187814.jpg
183.	photos_10218514334025383.jpg
184.	photos_10218514334465394.jpg
185.	photos_10218514335065409.jpg
186.	photos_10218514335385417.jpg
187.	photos_10218514335785427.jpg
188.	photos_10218514336105435.jpg
189.	photos_10218514336745451.jpg
190.	photos_1536153116438915.mp4
191.	preservation-1.html
192.	preservation-2.html
193.	README.txt
194.	shares_10213209052436659.jpg
195.	shares_2074344469291114.jpg
196.	status_updates_10218391139985609.jpg
197.	status_updates_10218391141825655.jpg
198.	status_updates_10218391227347793.jpg
199.	status_updates_10218391227427795.jpg
200.	status_updates_10218391227907807.jpg
201.	status_updates_10218391228187814.jpg
202.	status_updates_10218391354790979.mp4
203.	status_updates_10218514334025383.jpg
204.	status_updates_10218514334465394.jpg

205.    status_updates_10218514335065409.jpg
206.    status_updates_10218514335385417.jpg
207.    status_updates_10218514335785427.jpg
208.    status_updates_10218514336105435.jpg
209.    status_updates_10218514336745451.jpg
210.    status_updates_10219894231929530.jpg
211.    status_updates_1475260322782164.png
212.    status_updates_1621773214603141.mp4
213.    status_updates_1979133918775706.mp4
214.    status_updates_3077045809017929.png
215.    status_updates_3083860458331294.mp4
216.    status_updates_3356508414445607.mp4
217.    status_updates_3514941501860076.mp4
218.    status_updates_373937983783070.png
219.    status_updates_4125821200782663.jpg
220.    status_updates_5323938657632007.mp4
221.    status_updates_718877478771157.mp4
222.    unified_message_1118616788587277.mp4
223.    unified_message_122922803038941.jpg
224.    unified_message_1259423897784206.jpg
225.    unified_message_1317038238639003.mp4
226.    unified_message_204975191106797.mp4
227.    unified_message_209894690867347.jpg
228.    unified_message_2448592935437516.mp4
229.    unified_message_2881304585460533.jpg
230.    unified_message_2986437194791626.mp4
231.    unified_message_369239263222822.png
232.    unified_message_3748717005180167.jpg
233.    unified_message_416374969377924.mp4
234.    unified_message_547702746185905.gif
235.    unified_message_996840944144188.xlsx
236.    videos_10218335994647010.mp4
237.    videos_10218391140265616.mp4
238.    videos_10218391302709677.mp4
239.    videos_10218391354790979.mp4
240.    videos_10218631640517972.mp4
241.    videos_10218642076978877.mp4
242.    videos_1475260322782164.png
243.    videos_1979133918775706.mp4
244.    videos_3077045809017929.png
245.    videos_3083860458331294.mp4
246.    videos_3514941501860076.mp4
247.    videos_718877478771157.mp4

The following files have all been designated as "Highly Sensitive" pursuant to the terms of the Protective Order:

Wilson, Zach/Round 01/CCTV (folder)

248.      0102 USCS 01 Senate Wing Door near S139-2021-01-06_14h24min00s000ms.mp4
249.      0153 USCH 01 House Wing Door-2021-01-06_14h42min00s000ms.mp4
250.      0171 USCH 01 Memorial Door-2021-01-06_14h29min00s000ms.mp4
251.      0176 USCH 01 South Door-2021-01-06_14h43min00s000ms.mp4
252.      0263 USCH 02 H227 Hallway (1_6_2021 2_32_49 PM EST).png
253.      0263 USCH 02 H227 Hallway (1_6_2021 2_32_53 PM EST).png
254.      0263 USCH 02 H227 Hallway-2021-01-06_14h32min32s000ms.mp4
255.      0402 USCH 01 Crypt North-2021-01-06_14h28min00s000ms.mp4
256.      0402 USCH 01 Crypt North-2021-01-06_14h42min00s000ms.mp4
257.      0403 USCH 01 Crypt South-2021-01-06_14h42min00s000ms.mp4
258.      0935 USCH 02 H230-2021-01-06_14h34min15s000ms.mp4

Wilson, Zach/Round 02 (folder)
259.      0263 USCH 02 H227 Hallway (1_6_2021 2_32_49 PM EST).png
260.      0263 USCH 02 H227 Hallway (1_6_2021 2_32_53 PM EST).png
261.      0263 USCH 02 H227 Hallway-2021-01-06_14h32min32s000ms.mp4
262.      0263 USCH 02 H227 Hallway-2021-01-06_14h33min50s000ms.asf
263.      0931 USCH 02 H230-2021-01-06_14h34min06s000ms.asf
264.      0935 USCH 02 H230-2021-01-06_14h34min14s000ms.asf
265.      0935 USCH 02 H230-2021-01-06_14h34min15s000ms.mp4
266.      0959 USC 02 Rotunda South-2021-01-06_14h38min07s000ms.asf
267.      0960 USC 02 Rotunda North-2021-01-06_14h38min07s000ms.asf

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

This material is subject to the terms of the Protective Order issued in this case.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations,

or scientific tests or experiments, and any expert witness summaries.   I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial.   *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975).   I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules.   Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available.   If you have any questions, please feel free to contact me.

By: */s/ Jacob J. Strain*
JACOB J. STRAIN
Assistant United States Attorney